UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD I. SEGEL and IRIS SEGEL, derivatively on behalf of the COLUMBIA ACORN FUND, COLUMBIA ACORN TRUST, and the "COLUMBIA FUNDS,"<br><br>Plaintiffs,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-10567 (MEL)<br>FILING FEE PAID:<br>RECEIPT # 55853<br>AMOUNT $ 20000<br>BY DPTY CLK<br>DATE 5/13/04 |

## MOTION TO ADMIT MICHAEL R. BROMICH, JAMES H. SCHROPP, KEVIN J. HARNISCH AND NATASHA COLTON PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Elliot E. Polebaum, a member of the bar of the United States District Court for the District of Massachusetts, and an attorney of record for Defendant Ritchie Capital Management, LLC in this action, hereby moves the Court to admit Michael R. Bromwich, James H. Schropp, Kevin J. Harnisch and Natasha Colton pro hac vice for the purpose of representing Ritchie Capital Management, LLC in this action. In support of this motion are the Declarations of Michael R. Bromwich, James H. Schropp, Kevin J. Harnisch and

Natasha Colton, which are attached as Exhibits 1-4, respectively.

DATED: May 11, 2004
Washington, DC

Respectfully Submitted,

*[signature: Elliot E. Polebaum]*

Elliot E. Polebaum (#402020)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004
(202) 639-7067
(202) 639-7003 (fax)

Counsel for Defendant
Ritchie Capital Management LLC