# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.  04-10567

Title:  Segel, et al v. FleetBoston Financial Corporation, et al

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge  Lasker  has been reassigned to Judge  Saris  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  PBS  .

Thank you for your cooperation in this matter.

                        TONY ANASTAS
                        CLERK OF COURT

By:   /s/ Christine Patch
          Deputy Clerk

Date:  5/24/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                                  [ntccsasgn.]