UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDWARD I. SEGEL and IRIS SEGEL, derivatively on behalf of the COLUMBIA ACORN FUND, COLUMBIA ACORN TRUST, and the "COLUMBIA FUNDS," | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10567-(MEL) **PBS** |
| FLEETBOSTON FINANCIAL CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## <u>NOTICE OF APPEARANCE OF ELLIOT E. POLEBAUM</u>

Please note the appearance of Elliot E. Polebaum of Fried, Frank, Harris, Shriver & Jacobson LLP as counsel for Defendant Ritchie Capital Management, LLC in this action.

DATED:   May 10, 2004
             Washington, DC

                    Respectfully Submitted,

                    *Elliot E. Polebaum*

                    Elliot E. Polebaum  (#402020)
                    Fried, Frank, Harris, Shriver & Jacobson LLP
                    1001 Pennsylvania Ave., NW, Suite 800
                    Washington, DC  20004
                    (202) 639-7067
                    (202) 639-7003 (fax)

                    Counsel for Defendant
                    Ritchie Capital Management LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above document was served upon the counsel and parties identified below by United States mail on May 11, 2004.

Kevin J. Harnisch

Timothy N. Mathews, Esq.
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Elizabeth Ybarra Crean, Esq.
R. Scott Henderson, Esq.
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110

Ira K. Gross, Esq.
**SULLIVAN & WORCESTER LLP**
One Post Office Square
Boston, MA 02109

Robert D. Hillman, Esq.
**DEUTSCH, WILLIAMS, BROOKS, DeRENSIS & HOLLAND P.C.**
99 Summer Street
Boston, MA 02110

John P. Killacky, Esq.
**McDERMOTT, WILL & EMERY LLP**
227 W. Monroe Street
Suite 4400
Chicago, IL  60606

Adam B. Rowland, Esq.
Robert J. Jossen, Esq.
**SWIDLER BERLIN SHEREFF FRIEDMAN LLP**
405 Lexington Avenue
New York, NY  10174

Daniel Hayes, Esq.
John W. Rotunno, Esq.
**BELL BOYD & LLYOD LLC**
70 West Madison Street
Suite 3100
Chicago, IL 60602

Michael Winograd, Esq.
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019

Terri Pastori, Esq.
**PEABODY & ARNOLD LLP**
30 Rowes Wharf
Boston, MA 02110

Joel Leeman, Esq.
**BROMBERG & SUNSTEIN, LLP**
125 Summer Street
Boston, MA 02110

Michael Unger, Esq.
**RUBIN AND RUDMAN LLP**
50 Rowes Wharf
Boston, MA 02110

Ilytat, L.P.
230 California Street, Suite 700
San Francisco, CA 94111

Tandem Financial Services, Inc.
6600 Decarie Blvd., Suite 200
Montreal, Quebec H3X2K4

D.R. Loeser
2456 Lafayette Road
Portsmouth, NH 03801

DC01:261369