UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD I. SEGEL and IRIS SEGEL, )
derivatively on behalf of the COLUMBIA )
ACORN FUND, COLUMBIA ACORN )
TRUST, and the "COLUMBIA FUNDS," )
)
            Plaintiffs, )
v. ) CIVIL ACTION
) NO. 04-10567 (MEL)
FLEETBOSTON FINANCIAL )
CORPORATION, *et al.*, )
)
            Defendants. )
)

**STIPULATION AND ORDER ACCEPTING SERVICE
AND EXTENDING TIME OF CERTAIN DEFENDANTS TO
ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Edward I. Segel and Iris Segel and Defendants: (1) Margaret Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven N. Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason, John A. Wing, Charles P. McQuaid, and Ralph Wanger (the "Trustee Defendants"); (2) FleetBoston Financial Corporation,[1] Fleet National Bank, Columbia Management Group, Inc., Columbia Fund Services, Inc., Columbia Wanger Asset Management, L.P., Columbia Management Advisors, Inc., and Columbia Funds Distributor, Inc. (the "Columbia Management Defendants"); (3) Ritchie Capital Management, LLC.; (4) Columbia Acorn Trust and the

---

[1] Effective April 1, 2004, FleetBoston Financial Corporation merged with Bank of America Corporation.

{B0288802; 1}

Columbia Acorn Fund; and (5) Signalert Corporation; collectively, the "Stipulating Defendants," as follows:

WHEREAS, the complaint in the above-captioned action (the "Complaint") was filed in this court on March 23, 2004;

WHEREAS, in exchange for plaintiffs' entry into this stipulation, the Stipulating Defendants have agreed to accept service of the Complaint;

WHEREAS, the Stipulating Defendants desire an enlargement of their time to answer, move or otherwise respond to the Complaint, and Plaintiffs consent to such an enlargement of time;

WHEREAS, the Stipulating Defendants have received no previous enlargement of their time to answer, move or otherwise respond to the Complaint;

WHEREAS, on February 20, 2004, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") issued an Order transferring various actions relating to alleged "market-timing" and "late trading" in mutual funds to the United States District Court for the District of Maryland, and centralizing the actions onto one single MDL docket (MDL-1586) under the caption "In re Mutual Funds Investment Litigation";

WHEREAS, the MDL Panel acknowledged in its Order that many related actions have been filed, and stated that those actions and any other related actions will be treated as potential "tag-along" actions in In re Mutual Funds Investment Litigation; and

WHEREAS, a Notice of Potential Tag-Along Actions that included this action, among others, was filed with the MDL Panel by certain of the defendants in this action on April 9, 2004, and the parties expect that this action will be transferred to the United States District Court for the District of Maryland for consolidation in In re Mutual Funds Investment Litigation:

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of their respective clients that the time for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint shall be: (a) determined by the District of Maryland when this case is transferred in connection with In re Mutual Funds Investment Litigation or (b) in the event that the MDL Panel determines not to transfer this case to the District of Maryland to be part of In re Mutual Funds Investment Litigation, sixty (60) days after the filing date of the MDL Panel's decision relating to the requested transfer of this action.  Should plaintiffs file an amended consolidated Complaint in this action, the Stipulating Defendants' response to such amended consolidated complaint will be due thereafter at such time as the parties agree, or as ordered by any court;

IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel on behalf of the Stipulating Defendants is hereby authorized to and does accept service of the Complaint filed in the above captioned action, waives service of a summons in this action, and does not require service of the Complaint in the manner provided by Federal Rule of Civil Procedure 4.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, that nothing in this Stipulation and Order shall be deemed to constitute an appearance by any of the Stipulating Defendants, and the Stipulating Defendants reserve any and all rights or defenses, including affirmative defenses, any of the Stipulating Defendants may have in the above-captioned action, except that any defense based on improper service of process is hereby waived.

Dated: Boston, Massachusetts
   May 14, 2004

**DEUTSCH WILLIAMS BROOKS
DERENSIS & HOLLAND, P.C.**

By: _____
Robert D. Hillman (BBO # 552637)
99 Summer Street
Boston, Massachusetts 02110
(617) 951-2300

**Attorneys for Plaintiff**

**BINGHAM MCCUTCHEN LLP**

By: _____
R. Scott Henderson (BBO# 554821)
150 Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000

**Attorneys for the Columbia
Management Defendants**

**SULLIVAN & WORCESTER LLP**

By: _____
Ira K. Gross, Board of Bar Overseers
Number 212720
One Post Office Square
Boston, MA 02109
(617) 338-2800

**Attorneys for the Trustee Defendants**

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

By: _____
Kevin J. Harnisch
One New York Plaza
New York, NY 10004
Tel. 212.859.8000

**Attorneys for Ritchie Capital
Management Inc.**

4

{B0288802; 1}

Dated: Boston, Massachusetts
      May __, 2004

**DEUTSCH WILLIAMS BROOKS
DERENSIS & HOLLAND, P.C.**

By: _____
Robert D. Hillman (BBO # 552637)
99 Summer Street
Boston, Massachusetts 02110
(617) 951-2300

**Attorneys for Plaintiff**

**BINGHAM MCCUTCHEN LLP**

By: _____
R. Scott Henderson (BBO# 554821)
150 Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000

**Attorneys for the Columbia
Management Defendants**

**SULLIVAN & WORCESTER LLP**

By: _____
Ira K. Gross, Board of Bar Overseers
Number 212720
One Post Office Square
Boston, MA 02109
(617) 338-2800

**Attorneys for the Trustee Defendants**

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

By: *Elliot E. Polebaum* (signature)
Elliot E. Polebaum (#402020)
1001 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20004
(202) 639-7067

**Attorneys for Ritchie Capital
Management, LLC**

4

{B0288802; 1}

PEABODY & ARNOLD LLP

By: _____
Timothy O. Egan, BBO # 637992
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**Attorneys for Columbia Acorn Trust and the Columbia Acorn Fund**

BROMBERG & SUNSTEIN, LLP

By: _____ /RDH
Joel Leeman, Esq.
125 Summer Street
Boston, MA 02110
(617) 423-9292

**Attorneys for Signalert Corporation**

SO ORDERED:

Dated: May 15, 2004

_____
Honorable ~~Morris E. Lasker~~ Path B Saris
United States District Judge

DWLIB 158178v1
8334/02

5

{B0288802; 1}