UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 A 7:06

U.S. DISTRICT COURT
DISTRICT OF MASS

6-9-04
HCB

| | |
|---|---|
| EDWARD I. SEGEL and IRIS SEGEL, derivatively on behalf of the COLUMBIA ACORN FUND, COLUMBIA ACORN TRUST, and the "COLUMBIA FUNDS"<br>  Plaintiffs<br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, FLEET NATIONAL BANK, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA FUND SERVICES, INC., COLUMBIA WANGER ASSET MANAGEMENT, COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA FUNDS DISTRIBUTOR, INC., JOHN DOES 1-4, MARGARET EISEN, LEO GUTHART, JEROME KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, JOHN A. WING, CHARLES P. MCQUAID, RALPH WANGER, ILYTAT, L.P., RITCHIE CAPITAL MANAGEMENT, INC., EDWARD J. STERN, CANARY CAPITAL PARTNERS LTD., CANARY INVESTMENT MANAGEMENT, LLC, DANIEL CALUGAR, SAL GIACALONE, D.R. LOESER, SIGNALERT CORPORATION, ALAN WALDBAUM, and TANDEM FINANCIAL SERVICES<br>  Defendants<br>and<br>COLUMBIA ACORN FUND, COLUMBIA ACORN TRUST, and the COLUMBIA FUNDS<br>  Nominal defendants | Civil Action No. 04cv10567 — PBS |

**NOTICE OF APPEARANCE FOR DEFENDANT
SIGNALERT CORPORATION**

Please enter my appearance for the defendant Signalert Corporation.

Dated: June 4, 2004

                                                Joel R. Leeman BBO# 292070
                                                BROMBERG & SUNSTEIN LLP
                                                125 Summer Street
                                                Boston, MA 02110
                                                (617) 443-9292
                                                Fax: (617) 443-0004

### CERTIFICATE OF SERVICE

I certify that I served this document on the above date upon the parties by mailing a copy to the attorneys of record.

                                                Joel R. Leeman

02883/00501 308729.1

2