# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 4, 2004

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-5)

Dear Ms. Cannon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule May 3, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ 
Deputy Clerk

Attachments

cc: Transferee Judges:   Judge J. Frederick Motz; Judge Andre M. Davis;
                         Judge Frederick P. Stamp, Jr.; Judge Catherine C. Blake
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerk:    Tony Anastas, Clerk

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-5)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 210 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-5 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV. C.A.#

MASSACHUSETTS

| District | Div. | C.A.# | Case |
|---|---|---|---|
| MA | 1 | 03-12514 | Oliver S. Trone v. MFS Capital Opportunities Fund, et al. |
| MA | 1 | 03-12515 | Delores B. Manson, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12520 | David Shaev v. Massachusetts Financial Services Co. |
| MA | 1 | 03-12536 | Danielle Adams, et al. v. MFS Capital Opportunities Fund, et al. |
| MA | 1 | 03-12545 | Steven Greenberg v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12570 | Jacob Elephant, et al. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12595 | Zachary Alan Starr, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12622 | Yakov Burstein, IRA, et al. v. MFS Global Telecommunications Fund, et al. |
| MA | 1 | 03-12629 | Anita Walker v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10009 | Albert Feldman v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10010 | Ed Casey v. Massachusetts Financial Services Co. |
| MA | 1 | 04-10252 | Hugh F. Boyd, III, et al. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10253 | Harold A. Berger v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10315 | Catherine Dukes v. Columbia Acorn Fund, et al. |
| MA | 1 | 04-10355 | AB Medical Equipment Corp. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10408 | Lawrence S. Wick, et al. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10434 | Diane Hutto, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10452 | Boris Fieldman, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10534 | George Slaybe, et al. v. Columbia Management Adviros, Inc. |
| MA | 1 | 04-10555 | David Armetta, etc. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10556 | Todd Klein, etc. v. John A. Hill, et al. |
| MA | 1 | 04-10557 | Steven Wiegand, etc. v. John A. Hill, et al. |
| MA | 1 | 04-10567 | Edward I. Segel, et al. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10603 | Luann K. Caprio v. Columbia Acorn Fund, et al. |

## INVOLVED COUNSEL LIST (CTO-5)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Lauren D. Antonino
Chitwood & Harley, LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Andrew L. Barroway
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Eric J. Belfi
Rabin, Murray & Frank, LLP
275 Madison Avenue
34th Floor
New York, NY 10016

Norman Berman
Berman, DeValerio, Pease, Tabacco, et al.
One Liberty Square
Boston, MA 02109

Aaron L. Brody
Stull, Stull & Brody
6 East 45th Street
Suite 500
New York, NY 10017

James R. Carroll
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108

Christina N. Davilas
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Dean J. Dipilato
Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA 02110

Jack G. Fruchter
Fruchter & Twersky
One Pennsylvania Plaza
Suite 1910
New York, NY 10119

Nancy Gans Freeman
Moulton & Gans, P.C.
33 Broad Street
Suite 1100
Boston, MA 02109

Lionel Z. Glancy
Glancy & Binkow
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Abigail K. Hemani
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Robert D. Hillman
Deutsch, Williams, Brooks, DeRensis, et al.
99 Summer Street
13th Floor
Boston, MA 02110-1213

Carisa Klemeyer
Ropes & Gray
One International Place
Boston, MA 02110

Alan L. Kovacs
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135

Daniel W. Krasner
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.P.
270 Madison Avenue
11th Floor
New York, NY 10016

Peter A. Lagorio
Gilman & Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

INVOLVED COUNSEL LIST (CTO-5) MDL-1586

Brian Murray
Rabin, Murray & Frank, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

David Pastor
Gilman & Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Brian J. Robbins
Robbins, Umeda & Fink
1010 Second Avenue
Suite 2360
San Diego, CA 92101

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

Shane T. Rowley
Faruqi & Faruqi
320 East 39th Street
3rd Floor
New York, NY 10016

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

David M. Ryan
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

Joseph R. Seidman, Jr.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Jonathan Shapiro
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street
26th Floor
Boston, MA 02110

Donald K. Stern
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Richard J. Vita
Law Offices of Richard J. Vita
77 Franklin Street
Suite 300
Boston, MA 02110

Joseph H. Weiss
Weiss & Yourman
551 Fifth Avenue
Suite 1600
New York, NY 10176

Melvyn I. Weiss
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Alfred G. Yates, Jr.
Law Office of Alfred G. Yates, Jr.
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA 15219

## INVOLVED JUDGES LIST (CTO-5)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Morris E. Lasker
Senior U.S. District Judge
4730 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Mark L. Wolf
U.S. District Judge
5110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Rya W. Zobel
U.S. District Judge
6110 U.S. Courthouse
One Courthouse Way
Boston, MA 02210